WDKy    (Rev. 12/22) Corporate Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### at LOUISVILLE

Plaintiff:    Churchill Downs Incorporated, et al.

v.                                                        Case No: 3:24-cv-706-RGJ

Defendant:    Horseracing Integrity and Safety Authority,
              Inc., et al.

* * * * *

### CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Churchill Downs Incorporated

in compliance with the provisions of: (*check one*)

[✔] Rule 7.1(a)(1), Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party, or intervenor, hereby declares as follows:**

[ ] The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[ ] The party/intervenor has the following parent corporation(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

WDKy    (Rev. 12/22) Corporate Disclosure Statement

✓ The following publicly held corporation(s) own 10% or more of the party's stock:
(Attach additional pages if needed.)

Blackrock, Inc.    Relationship   Institutional Investor   .

_____ Relationship _____.

☐ Other(please explain)

_____

_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

12/04/2024
Date

/s/ Thomas H. Dupree Jr.
Signature

Counsel for:   Churchill Downs Incorporated