

# Case Assignment
# Standard Civil Assignment

Case number **3:24CV-706-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 12/5/2024 10:09:21 AM
Transaction ID: 102816

Request New Judge     Return