# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
#### Louisville DIVISION

Churchill Downs Incorporated, et al.

-vs-

Case No.: 3:24-cv-00706-RGJ

Horseracing Integrity and Safety Authority, Inc., et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Lochlan F. Shelfer, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Plaintiffs in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Gibson, Dunn & Crutcher LLP

   with offices at

   | | |
   |---|---|
   | Mailing address: | 1700 M St NW |
   | City, State, Zip Code: | Washington, DC 20036 |
   | Telephone: | (202) 887-3641 |
   | E-Mail: | LShelfer@gibsondunn.com |

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

   | U.S. Court/State: | Admission Date: | Bar No.: |
   |---|---|---|
   | District of Columbia | 12/07/2015 | 1029799 |
   | Maryland | 12/18/2014 | 1412180139 |
   | (See Addendum) | | |
   | | | |
   | | | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____

_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial authorized class room training **OR** ☑ other method Please explain:
   I am experienced in using the CM/ECF system in multiple federal courts and have reviewed the training materials provided on this Court's website.

_____

6. Applicant tenders with this Motion the following:

   ☑   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lochlan F. Shelfer to the Western District of Kentucky *pro hac vice* for this case only.

*[signature]*

[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

Thomas H. Dupree Jr. *Digitally signed by Thomas H. Dupree Jr. Date: 2024.12.06 15:35:27 -05'00'*

Signature

**1700 M St NW**

Mailing Address

**Washington, DC**

City/State

**20036**

Zipcode

**(202) 955-8547**

Telephone

**TDupree@gibsondunn.com**

Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
<u>     Louisville     </u> DIVISION

<u>Churchill Downs Incorporated, et al.</u>

-vs-                                                              Case No.: <u>3:24-cv-00706-RGJ          </u>

<u>Horseracing Integrity and Safety Authority,</u>
<u> Inc., et al. </u>

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u> Lochlan F. Shelfer        </u>, is permitted to argue or try this case in whole or in part as counsel for <u>Plaintiffs                                                                                   </u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.

**ADDENDUM**

Additional Bar Admissions

| U.S. Court/State | Admission Date |
|---|---|
| U.S. Court of Appeals for the First Circuit | January 22, 2018 |
| U.S. Court of Appeals for the Second Circuit | January 27, 2021 |
| U.S. Court of Appeals for the Fifth Circuit | November 6, 2018 |
| U.S. Court of Appeals for the Sixth Circuit | June 9, 2022 |
| U.S. Court of Appeals for the Ninth Circuit | December 22, 2014 |
| U.S. Court of Appeals for the Tenth Circuit | November 7, 2023 |
| U.S. Court of Appeals for the Eleventh Circuit | April 17, 2024 |
| U.S. Court of Appeals for the D.C. Circuit | January 23, 2018 |
| U.S. District Court for the District of Columbia | June 6, 2022 |
| U.S. District Court for the Southern District of Mississippi | June 27, 2022 |
| U.S. District Court for the District of New Mexico | December 1, 2020 |
| U.S. District Court for the Western District of Washington | May 16, 2022 |
| U.S. Bankruptcy Court for the District of Puerto Rico | February 2024 |