UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHURCHILL DOWNS, INC., ET AL.                                                                Plaintiffs

v.                                                                          Civil Action No. 3:24CV-706-RGJ

HORSERACING INTEGRITY AND                                                                    Defendants
SAFETY AUTHORITY, INC., ET AL.

\* \* \* \* \*

### ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* filed by Plaintiff, Churchill Downs, Inc., [DN 11]. The Court, having reviewed the motion and its attachments as required by LR 83.2, having found that the movant has complied with all elements of LR 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) Matthew D. McGill is granted leave to appear *pro hac vice* for the Plaintiff in this action.

(2) If during the pendency of this action, Matthew D. McGill is disbarred, suspended from practice, is not in good standing with the Bar to which he is a member, or is subject to any other disciplinary action by any court, state, territory or the District of Columbia, Matthew D. McGill must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

Copies to:    All Counsel

Rebecca Grady Jennings, District Judge
United States District Court

December 11, 2024