UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHURCHILL DOWNS, INC., ET AL.                                    Plaintiffs

v.                                              Civil Action No. 3:24CV-706-RGJ

HORSERACING INTEGRITY AND                              Defendants
SAFETY AUTHORITY, INC., ET AL.

\* \* \* \* \*

## ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* filed by
Plaintiff, Churchill Downs, Inc., [DN 10].  The Court, having reviewed the motion and its
attachments as required by LR 83.2, having found that the movant has complied with all elements
of LR 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY**
**ORDERED** as follows:

(1) Thomas H. Dupree, Jr. is granted leave to appear *pro hac vice* for the Plaintiff in this
action.

(2) If during the pendency of this action, Thomas H. Dupree, Jr. is disbarred, suspended
from practice, is not in good standing with the Bar to which he is a member, or is subject
to any other disciplinary action by any court, state, territory or the District of Columbia,
Thomas H. Dupree, Jr. must immediately notify the Court and provide information
necessary for the Court to evaluate whether continued admission in this case is
appropriate.

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:      All Counsel

December 11, 2024