**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| CHURCHILL DOWNS INCORPORATED,<br><br>THE NEW YORK RACING ASSOCIATION, INC.,<br><br>            Plaintiffs,<br><br>   v.<br><br>HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC.,<br><br>LISA LAZARUS,<br><br>CHARLES SCHEELER,<br><br>STEVE BESHEAR,<br><br>ADOLPHO BIRCH,<br><br>LEONARD S. COLEMAN, JR.,<br><br>JOSEPH DE FRANCIS,<br><br>TERRI MAZUR,<br><br>SUSAN STOVER,<br><br>BILL THOMASON,<br><br>D.G. VAN CLIEF,<br><br>THE UNITED STATES OF AMERICA,<br><br>FEDERAL TRADE COMMISSION,<br><br>LINA KHAN, in her official capacity as Chair of the Federal Trade Commission,<br><br>REBECCA KELLY SLAUGHTER, in her official capacity as Commissioner of the Federal Trade Commission, | Civil Action No. 3:24-cv-00706-RGJ |

ALVARO BEDOYA, in his official capacity
as Commissioner of the Federal Trade
Commission,

MELISSA HOLYOAK, in her official capacity
as Commissioner of the Federal Trade
Commission,

ANDREW N. FERGUSON, in his official
capacity as Commissioner of the Federal Trade
Commission,

                Defendants.

### [PROPOSED] ORDER

Upon consideration of Plaintiff The New York Racing Association, Inc.'s Motion to Dismiss Itself Without Prejudice from this Action, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED** this ___ day of _____, ____.

                                                                                           _____
                                                                                           Hon. Rebecca Grady Jennings
                                                                                          U.S. District Judge