UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| CHURCHILL DOWNS INCORPORATED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-00706-BJB-CH <br><br> Judge Benjamin Beaton <br><br> Magistrate Judge Colin H. Lindsay |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Michael Weisbuch hereby withdraws his appearance as counsel for Defendants Horseracing Integrity and Safety Authority, Inc., Lisa Lazarus, Charles Scheeler, Steve Beshear, Adolpho Birch, Leonard S. Coleman, Jr., Joseph DeFrancis, Terri Mazur, Susan Stover, Bill Thomason, and D.G. Van Clief (the "Defendants") in the above-captioned case. Accordingly, Michael Weisbuch hereby requests that he be removed from all CM/ECF service and distribution lists regarding the case. The Defendants continue to be represented by Sturgill, Turner, Barker & Moloney, PLLC, Akin Gump Strauss Hauer & Feld LLP, and Ransdell Roach & Royse, PLLC as counsel of record.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Derrick T. Wright*
Derrick T. Wright, KBA No. 91627
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Tel: 859-255-8581
Fax: 859-231-0851
dwright@sturgillturner.com

AND

*/s/ Michael Weisbuch*  (with permission)
Lide E. Paterno
Michael Weisbuch
Pratik A. Shah
AKIN GUMP STRAUSS HAUER & FELD, LLP
2001 K. Street, N.W.
Washington, DC 20006-1037
Tel: 202-887-4000
lpaterno@akingump.com
mweisbuch@akingump.com
pshah@akingump.com

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Derrick T. Wright*
ATTORNEYS FOR DEFENDANTS

2