March 24, 2026

The Honorable Benjamin Beaton
United States District Court for the Western District of Kentucky
601 West Broadway
Louisville, KY 40202

**VIA CM/ECF**

Re:  *Churchill Downs Incorporated v. Horseracing Integrity and Safety Authority, Inc.*,
No. 3:24-cv-00706-BJB-CHL

Dear Judge Beaton:

We write to let you know that there will be no need for TRO litigation, as the parties have resolved the dispute over the 2025 assessments that gave rise to the second enforcement proceeding.  The pending motions before the Court remain live.


 Very truly yours,


*/s/ Thomas H. Dupree Jr.*                          */s/ Pratik A. Shah*
Thomas H. Dupree Jr.                                  Pratik A. Shah
*Counsel for Plaintiff*                                  *Counsel for the Authority*
*Churchill Downs Incorporated*                  *Defendants*


cc:  All counsel of record (via CM/ECF)