**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CHURCHILL DOWNS, INC.** **PLAINTIFF**

**v.** **No. 3:24-cv-706-BJB**

**HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC., ET AL.** **DEFENDANTS**

* * * * *

## FINAL JUDGMENT

Given the Court's opinion and order (DN 78) granting the Plaintiff's motion for partial summary judgment on Counts 1 and 2 and granting the Defendants' motion to dismiss on Counts 3–5, the Court enters final judgment with respect to those counts. This is a final order.

Benjamin Beaton, District Judge
United States District Court

August 5, 2026