UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00706-BJB
*~Electronically filed~*

CHURCHILL DOWNS INCORPORATED,

PLAINTIFF

v.

HORSERACING INTEGRITY AND
SAFETY AUTHORITY, INC., *et al.*,

DEFENDANTS

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Defendants Horseracing Integrity & Safety Authority, Inc., Lisa Lazarus, Charles Scheeler, Steve Beshear, Adolpho Birch, Leonard S. Coleman, Jr., Joseph De Francis, Terri Mazur, Susan Stover, Bill Thomason, and D.G. Van Clief (collectively "Authority Defendants") appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment this Court entered in this action on August 5, 2026 (ECF No. 92) and from the associated Opinion and Order this Court entered on April 1, 2026 (ECF No. 78). By separate Order (ECF No. 91), this Court determined under Federal Rule of Civil Procedure 54(b) that there was no just reason for delay in entering final judgment with respect to the April 1, 2026 Order and Opinion granting Plaintiffs' motion for partial summary judgment on Counts 1 and 2 of the First Amended Complaint, granting Defendants' motions to dismiss on Counts 3-5 of the First Amended Complaint, and entering a Declaratory Judgment.

The Authority Defendants additionally appeal from any and all other rulings by this Court adverse to them that are incorporated in, antecedent to, or ancillary to the August 5, 2026 Final Judgment and April 1, 2026 Order and Opinion.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Pratik A. Shah*

Pratik A. Shah
*Admitted Pro Hac Vice*
Lide E. Paterno
*Admitted Pro Hac Vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 887-4000
Fax: (202) 887-4288
pshah@akingump.com
lpaterno@akingump.com

John C. Roach
RANSDELL ROACH & ROYSE, PLLC
176 Pasadena Drive, Building One
Lexington, KY 40503
Phone: 859-854-3672
Fax: 859-276-4500
john@rrrfirm.com

*Attorneys for Defendants Horseracing Integrity & Safety Authority, Inc., Lisa Lazarus, Charles Scheeler, Steve Beshear, Adolpho Birch, Leonard S. Coleman, Jr., Joseph De Francis, Terri Mazur, Susan Stover, Bill Thomason, and D.G. Van Clief*

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record registered to receive electronic filings.

*/s/ Pratik A. Shah*
Pratik A. Shah